IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHARLES HEAD, | * | |
| Plaintiff | * | |
| v | * | Civil Action No. CCB-20-1835 |
| ASSISTANT WARDEN SAMPLE, | * | |
| WARDEN J.R. BELL, | | |
| S. EIRICH, | * | |
| OFFICER K. LILLER, | | |
| U.S. DEPT. OF JUSTICE, | * | |
| FEDERAL BUREAU OF PRISONS, | | |
| OFFICER CLARK, | * | |
| OFFICER DELARAMA, | | |
| OFFICER WILMNER, | * | |
| OFFICER CANNON, | | |
| OFFICER BOOTH, and | * | |
| OFFICER BOCH, | | |
| | * | |
| Defendants | | |

***
## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby Ordered that:

1. The defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (ECF 24) is **GRANTED** in part and **DENIED** without prejudice in part as follows:

    a. Plaintiff Charles Head's retaliation and access to courts claims ARE **DISMISSED**;

    b. The remainder of the case, regarding Mr. Head's FOIA claims, is **TRANSFERRED** to the United States District Court for the District of Columbia for all further proceedings as may be deemed appropriate by that court;

2. Mr. Head's Motion for Partial Summary Judgment (ECF 31) is **DENIED** without prejudice.

3. The Clerk shall **CLOSE** this case; and

4. The Clerk shall **SEND** a copy of the foregoing Memorandum Opinion and a copy of this Order to plaintiff, counsel for defendants, and the United States District Court for the District of Columbia.

<table>
<tr><td>  9/23/2021  <br>Date</td><td>           /s/           <br>Catherine C. Blake<br>United States District Judge</td></tr>
</table>